■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILBERT BLANKS, Appellant. — Judgment of the Supreme Court, Queens County (Leahy, J.), rendered January 21, 1982, affirmed (see *People v Yukl,* 25 NY2d 585, cert den 400 US 851). Mollen, P. J., Lazer, Thompson and Gulotta, JJ., concur.